Oscar T. Stanford and his wife, Loulie Stanford, Appellants, v. Carrie Locklear and Louis H. Locklear as Administrators of the estate of Irvin Locklear, deceased, Appellees.

### Division B.

Appeal from Circuit Court, DeSoto county; Minor S. Jones, Judge.

Wilson & Wilson for appellants.

C. W. Stevens for appellees.

The bill in this cause was filed by the appellees against the appellants. There was decree for the complainants, and the defendants appeal. The decree is affirmed.

Decision *Per Curiam.*